No. 77–6618. LEE v. EWING, COLE, ERDMAN & EUBANK ET AL. C. A. 3d Cir. Certiorari denied.

No. 77–6642. McGUFF v. ALABAMA ET AL. C. A. 5th Cir. Certiorari denied.

No. 77–6678. SANCHEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 77–6697. HERNANDEZ ET AL. v. FOGG, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 77–6700. WILLIAMSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 77–6706. HERNANDEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 77–6707. RAMOS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 77–6708. MENDEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 77–6716. HAHN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 77–6719. WALL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 77–6720. BAILS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 77–6732. WRIGHT v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 77–593. UNITED STATES v. SORRELL; and UNITED STATES v. THOMPSON. C. A. 3d Cir. Motion of respondents for leave to proceed in forma pauperis granted. Certiorari denied.